377 A.2d 194

Davis v. The Firestone Tire & Rubber Company, Appellant.

Argued April 11, 1977. Thomas H. Barnard, with him William M. Radcliffe, for appellant; Robert E. Eberly, Jr., with him Milton D. Margolis, for appellee.

Order affirmed; petition for reargument refused August 8, 1977.

JACOBS and PRICE, JJ., dissent.

VAN der VOORT, J., absent.

377 A.2d 194

DiCicco, Appellant, v. Gross.

Argued June 18, 1976. Randy L. Sebastian, with him Lawrence E. MacElree, for appellant; William H. Mitman, for appellee.

Judgment affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.